JS-6

1  MIREYA A.R. LLAURADO, Bar No. 194882
   FEDERAL EXPRESS CORPORATION
2  2601 Main Street, Suite 340
   Irvine, California 92614
3  Telephone:   (949) 862-4632
   Facsimile:   (949) 862-4605
4  e-mail: mallaurado@fedex.com

5  ATTORNEY FOR DEFENDANT FEDERAL
   EXPRESS CORPORATION, erroneously sued and
6  served as FEDERAL EXPRESS

7

8

9

10

11             IN THE UNITED STATES DISTRICT COURT

12         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

13

| ROGER WALTON, | Case No. CV 08-0840 GAF (FFMx) |
|---|---|
| Plaintiff, | Assigned to the Honorable Gary Allen Feess, Courtroom 740 |
| v. | **JUDGMENT** |
| FEDERAL EXPRESS, a Tennessee Corporation, AND DOES 1 through 100, inclusive, | |
| Defendants. | Complaint Filed: December 19, 2007<br>Trial Date:       January 19, 2010 |

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

1

**JUDGMENT**
**CV08-0840 GAF (FFMx)**

1  TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

2      The Court, having held trial in this matter on January 19-20, 2010, and based on
3  the Court's Findings of Fact and Conclusions of Law and Order Under Rule 52 of the
4  Federal Rules of Civil Procedure, directs the Clerk of the Court to enter Judgment in
5  favor of Defendant Federal Express Corporation on the First Amended Complaint
6  filed by Plaintiff Roger Chris Walton.

9  Dated: March 31, 2010

    _____
    U.S. District Judge Gary A. Feess

13  808254

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

2

**JUDGMENT**
**CV08-0840 GAF (FFMx)**